UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**LADARIOUS NAJUAN MACK,**

   **Plaintiff,**

**v.**                                              Case No. 5:23-cv-269-TKW/MJF

**CITY OF MARIANNA and TYLER SCARBOROUGH.,**

   **Defendants.**
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 18) and Plaintiff's objections (Doc. 19). The Court reviewed the issues raised in the objections de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determinations that Plaintiff did not state plausible federal claims and that the Court should decline to exercise supplemental jurisdiction over Plaintiff's state law claims.

Accordingly, it is **ORDERED** that:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's federal claims (Counts One, Two, Four, and Five) are **DISMISSED with prejudice** for failure to state a claim on which relief can be granted.

3. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims (Counts Three, Six, and Seven), and those claims are **DISMISSED without prejudice** under 28 U.S.C. §1367(c)(3).

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 30th day of December, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**